UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Ponzo, et al.
       Plaintiff

v.                                                    Civil Action No. 14-14080-ADB

Watts Regulator Co.
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

      The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                                                          By the Court,

                                                          /S/ Karen P. Folan

 5/5/17                                                 _____
   Date                                                   Karen P. Folan
                                                           Deputy Clerk